IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C. WILLIAM HOILMAN,<br><br>　　　　Plaintiff,<br>vs.<br><br>MELVIN JACOB WERNER,<br>WERNER MANAGEMENT LLC,<br>J. CHANDLER PETERSON,<br>IC RESOURCES INVESTMENTS-I LLC,<br>GEOFFREY MCRAE,<br>JOE NATHAN WARD, and<br>BASKETBALL MINISTRIES,<br>INTERNATIONAL, INC.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-10117<br><br>**DEFAULT JUDGMENT AGAINST<br>DEFENDANT BASKETBALL<br>MINISTRIES INTERNATIONAL,<br>INC.** |

Defendant Basketball Ministries International, Inc. ("BMI") having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that BMI owes Plaintiff the sum of $300,000, that BMI is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $1,517.26 and reasonable attorney fees in the amount of $22,562.50;

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant BMI the principal amount of $300,000, which amount shall be trebled in accordance with Mass. Gen. L. c. 93A, § 11, with costs in the amount of $1,517.26, reasonable attorney fees in the amount of $22,562.50, and prejudgment interest on the single damages awards at the rate of 12% on the principal single damages amount of $300,000 from November 10, 2015 to May 11, 2018 in the amount of $90,147.95 (and $98.70/day from May 11, 2018 to the date of judgment).

for a total judgment of $1,014,227.71 with interest as provided by law.

1

By the Court,

*/s/ A. S. Pacho*
DEPUTY CLERK